Scott M. Petersen, 7599
Clint R. Hansen, 12108
**FABIAN VANCOTT**
215 S. State Street, Suite 1200
Salt Lake City, Utah 84111
Telephone: 801.531.8900
Facsimile: 801.531.1716
spetersen@fabianvancott.com
chansen@fabianvancott.com
*Attorneys for Defendant Unum*
*Life Insurance Company of America*

## UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| SARAH MCBETH,<br><br>          Plaintiff,<br>v.<br><br>UNUM LIFE INSURANCE COMPANY OF AMERICA,<br><br>          Defendant. | Case No. 2:22-cv-00104-DBB-DAO<br><br>**JOINT NOTICE OF SETTLEMENT**<br><br>District Judge David Barlow<br>Magistrate Judge Daphne A. Oberg |

The parties, through their counsel of record, hereby notify the Court that they have reached an agreement to settle all disputed issues involved in the above-captioned matter. The parties are finalizing the settlement and anticipate filing a motion to dismiss within sixty (60) days of the date of this notice.

DATED this 13th day of May, 2022.        DATED this 13th day of May 2022.

*/s/ Clint R. Hansen*                               */s/ Andrew J. Reichardt (with permission)*
Scott M. Petersen                                  Andrew J. Reichardt
Clint R. Hansen                                    LAW OFFICE OF ANDREW REICHARDT
FABIAN VANCOTT                                     PLLC
*Attorneys for Defendants*                         *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

On the 13th day of May 2022, I hereby certify that I caused a true and correct copy of the foregoing to be delivered via the Court's electronic filing system to the following counsel of record:

Andrew J. Reichardt
LAW OFFICE OF ANDREW REICHARDT PLLC
5330 S 900 E #115
SALT LAKE CITY, UT 84117
(801)261-3400
Email: andrew@utdisability.com

/s/ Clint R. Hansen
Clint R. Hansen